# CHRIS DANIEL
# HARRIS COUNTY DISTRICT CLERK

DATE 6/1/2015

NOTICE OF APPEALS
ASSIGNMENT OF COURT OF APPEALS

TO:     1ST COURT OF APPEALS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

6/1/2015 10:15:51 AM

CHRISTOPHER A. PRINE
Clerk

From:   **Deputy Clerk: MICHELLE LOPEZ**
        **Chris Daniel, District Clerk**
        **Harris County, T E X A S**

**CAUSE:   2014-22195**

**VOLUME _____   PAGE _____   OR   IMAGE # 65244417**

**DUE  6/28/2015       ATTORNEY 17268750**

**NOTICE OF APPEAL HAS BEEN ASSIGNED TO THE  1ST**

**DATE JUDGMENT SIGNED:    4/29/2015**

**MOTION TO MODIFY DATE FILED   n/a**

**REQUEST TRANSCRIPT DATE FILED     N/A**

**NOTICE OF APPEAL DATE FILED     5/27/2015**

**NUMBER OF DAYS: ( CLERKS RECORD )  60**

**FILE ORDERED:  YES ☐  NO ☒  IMAGED FILED:  YES ☒  NO ☐**

**CODES FOR NOTICE OF APPEAL:  BC, C, OA**

CHRIS DANIEL
Harris County, District Clerk

By:  /s/MICHELLE LOPEZ
     **MICHELLE LOPEZ, Deputy**

BC      NOTICE OF APPEAL FILED
BG      NOTICE OF APPEAL FILED – GOVERNMENT
C       JUDGMENT BEING APPEALED
D -     ACCELERATED APPEAL
OA      NO CLERK'S RECORD REQUEST FILED
O       CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL)
NA      AMENDED NOTICE OF APPEAL

5/27/2015 3:36:07 PM

Chris Daniel - District Clerk Harris County

Envelope No. 5438484

By: Phyllis Washington

Filed: 5/27/2015 3:36:07 PM

CAUSE NO. 2014-22195

| | | |
|---|---|---|
| CLIFFORD HALL, | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | HARRIS COUNTY, TEXAS |
| | § | |
| AT&T, INC., | § | |
| | § | |
| Defendant. | § | 281ST JUDICIAL DISTRICT |

## NOTICE OF APPEAL

Plaintiff, Clifford Hall, files this Notice of Appeal pursuant to Texas Rule of Appellate Procedure 25.1 as follows:

1. Plaintiff, Clifford Hall, desires to appeal from the Order Granting Defendant Southwestern Bell Telephone Company's (improperly sued as AT&T, Inc.) Motion for Summary Judgment signed by the Court on April 29, 2015.

2. Notice of the Court's signed Order was received on May 5, 2015.

3. Clifford Hall appeals to either the First or the Fourteenth Court of Appeals.

/s/ Gregg M. Rosenberg
Gregg M. Rosenberg
Texas State Bar ID 17268750
Tracey D. Lewis
Texas State Bar ID 24090230
ROSENBERG & SPROVACH
3518 Travis, Suite 200
Houston, Texas 77002
(713) 960-8300
(713) 621-6670 (Facsimile)
Attorney-in-Charge for Plaintiff

OF COUNSEL:
ROSENBERG & SPROVACH

ATTORNEYS FOR PLAINTIFF

Notice of Appeal

## CERTIFICATE OF SERVICE

I served a copy of this document on:

> Ms. Carolyn Russell
> Ms. Angela Prince
> OGLETREE, DEAKINS, NASH,
> SMOAK & STEWART, P.C.
> 500 Dallas Street, Suite 3000
> Houston, Texas 77002
> Tel: 713.655.0855
> Fax: 713.655.0020

by means of facsimile, on the 27th day of May 2015.

*/s/ Gregg M. Rosenberg*
Gregg M. Rosenberg

3/9/2015 3:48:24 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 4425675
By: ROY, DAIQUIRI K
Filed: 3/9/2015 3:48:24 PM

CAUSE NO. 2014-22195

| | | |
|---|---|---|
| CLIFFORD HALL, | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| vs | § | HARRIS COUNTY, TEXAS |
| | § | |
| AT&T, INC., | § | |
| | § | |
| Defendant | § | 281st JUDICIAL DISTRICT |

## ORDER ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

On this day the Court considered Defendant Southwestern Bell Telephone Company's

filed 3/9/2015.

(improperly sued as AT&T, Inc.) Motion for Summary Judgment. Having considered the

Motion, Plaintiff's Response, and the other pleadings on file in this matter, the Court finds that

Defendant's Motion should be and is hereby GRANTED. It is therefore:

ORDERED that Plaintiff's sole claim against Defendant is dismissed with prejudice

IT IS FURTHERED ORDERED that Plaintiff shall take nothing by way of this action

against Defendant.

SIGNED this 29th day of _____April_____, 2015.

_____
JUDGE PRESIDING

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

```
JUC8H (NR4#)    JUSTICE INFORMATION MANAGEMENT SYSTEM    JUN 01, 2015(C1)
INT6510                   CIVIL CASE INTAKE             OPT: _____  -  INT
                        GENERAL PARTY INQUIRY           PAGE:   1  -    1

CASE NUM: 201422195__ PJN> __  TRANS NUM: _____ CURRENT COURT: 281 PUB? _
CASE TYPE: DISCRIMINATION                 CASE STATUS: DISPOSED (FINAL)
STYLE: HALL, CLIFFORD                 VS AT&T INC BY SERVING ITS REGISTERE
============================================================================
                      **** INACTIVE PARTIES ****
  PJN   PER/CONN COC  BAR      PERSON NAME              PTY    ASSOC. ATTY
  NUM    NUMBER                                         STAT
_    00003-0001 DEF 24003913 SOUTHWESTERN BELL TELEPHONE CO    RUSSELL, CARO
_    00002-0001 DEF          AT&T INC BY SERVING ITS REGIST
_    00001-0001 PLT 17268750 HALL, CLIFFORD                    ROSENBERG, GR




==> (3) CONNECTION(S) FOUND
1=ACTIVE     2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.  7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP
```